EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CLAUDIO MACIEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLAUDIO MACIEL,

Defendant.

Case No.: 3:26-CR-00259-JD

**STIPULATION AND [PROPOSED] ORDER RE SEPTEMBER 28, 2026 STATUS CONFERENCE**

This matter is currently set for a status conference, on September 28, 2026, at 11:00 a.m. The parties have discussed a change of plea and expect to resolve both the case-in-chief and any related Form 12 matter soon.

AUSA Nathan Theobold, the prosecutor in this matter, was recently assigned to be trial counsel for the government in *USA v. Andre Bryant*, Case No. 21-cr-00258-SI, and is scheduled to be in trial on September 28, 2026. As such, based on the government's unavailability, the parties jointly request and stipulate that the status conference be continued to October 19, 2026, on the Court's regularly scheduled criminal calendar. The additional time will also allow

counsel to review and further discuss the plea agreement with Mr. Maciel and for the parties to finalize any issues after the government is once again available.

The Court's Clerk has indicated that October 19, 2026 is an available date.

As such, the parties jointly request and stipulate that the status conference be continued from September 28, 2026 to October 19, 2026, at 11:00 a.m.

It is further stipulated by and between counsel for the United States and counsel for defendant that the time be excluded under the Speedy Trial Act from September 28, 2026 through October 19, 2026. The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced and evaluating the plea agreement. For this reason, the parties stipulate and agree that excluding time until October 19, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of the justice served by excluding the time from September 28, 2026 through October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: ________________

________________________________
THE HONORABLE JAMES DONATO
DISTRICT COURT JUDGE

Agreed to form:

CRAIG MISSAKIAN
United States Attorney

_______/s/__________________________
NATHAN THEOBALD
Assistant United States Attorney

_______/s/__________________________
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
CLAUDIO MACIEL